**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-6603**

—————

JOHN GRIMES WELLS,

Plaintiff - Appellant,

versus

W. K. JONES, Superintendent; DENNIS M. ROW-
LAND, Assistant Superintendent of Custody,
F. E. Brown, Unit Screening Officer, JOHN A.
MANESS, Department of Corrections Program
Director,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-97-159-5-H)

—————

Submitted: September 25, 1997     Decided: October 23, 1997

—————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

—————

Dismissed by unpublished per curiam opinion.

—————

John Grimes Wells, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) (West Supp. 1997) complaint under 28 U.S.C.A. § 1915A (West Supp. 1997). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. <u>Wells v. Jones</u>, No. CA-97-159-5-H (E.D.N.C. Apr. 15, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>